IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL FILE NO.<br>1:13-CR-252-TWT |
| AMADOR GARCIA, | |
| Defendant. | |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 23] recommending dismissing the Defendant's pro se Motion to Vacate Sentence [Doc. 22]. The motion was filed nine months too late. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's pro se Motion to Vacate Sentence [Doc. 22] is DENIED.

SO ORDERED, this 17 day of September, 2015.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge